UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIG INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO. CV04-HGD-0304-S** |
| ) | |
| **DONALD PARKS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**O R D E R**

On October 29, 2004, the magistrate judge entered a report and recommendation with respect to the motions to dismiss of defendants Donald Parks and Pamela Renee Parks. After obtaining an extension of time, defendants filed objections to the magistrate judge's report and recommendation on November 22, 2004. Amended objections were filed on November 29, 2004, attaching Exhibit A which was left off the original objections. Plaintiff then filed a reply to defendants' objections.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, the objections thereto, and the reply to the objections, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the Motions to Dismiss filed by defendants Donald Ray Parks and Pamela Renee Parks are due to be and hereby are DENIED.

The clerk is directed to return this file to Magistrate Judge Davis for further proceedings.

DONE this 19th day of January, 2005.

_____
United States District Judge